777 A.2d 298
IN THE MATTER OF FREDERIC H. BROOKS,
AN ATTORNEY AT LAW.

July 6, 2001.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–183 concluding that **FREDERIC H. BROOKS**, formerly of **EAST ORANGE**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(d) (failure to maintain required attorney trust and business account records), *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation) and *R.* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **FREDERIC H. BROOKS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.

777 A.2d 298
IN THE MATTER OF ROBERT J. SHERIDAN,
AN ATTORNEY AT LAW.

July 9, 2001.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–039 concluding that by way of reciprocal discipline, **ROBERT J. SHERIDAN** of **COLLEGE PARK, MA-**

And the Disciplinary Review Board having determined that respondent should not be reinstated to practice in New Jersey until reinstated to practice in Maryland;

ORDERED that no petition for reinstatement to practice be submitted to the Disciplinary Review Board by respondent unless and until respondent is reinstated to practice in Maryland; and it is further

